Same Memorandum as in *Solomon v Solomon* (206 AD2d 971 [decided herewith]). (Appeal from Order of Supreme Court, Nassau County, Robbins, J.—Ejection.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ IDA C. WIELAND, Appellant, v FREDERICK E. WIELAND, Respondent. (Appeal No. 1.) [616 NYS2d 324] —Judgment unanimously affirmed without costs. Memorandum: We reject the contention that Supreme Court erred in failing to award plaintiff maintenance and counsel fees. We also reject the contention that the court improperly treated defendant's pension benefits as a source of maintenance instead of marital property when it awarded 25% of the monthly benefits to plaintiff. The record reveals that the court reviewed the factors enumerated in Domestic Relations Law § 236 (B) (5) (d) in equitably distributing the marital property. Thus, contrary to plaintiff's contention, the court was statutorily obligated to consider factors such as the income and property of each party. This Court's consideration of those factors does not lead to the conclusion that Supreme Court improperly treated the pension benefits as maintenance. (Appeal from Judgment of Supreme Court, Nassau County, Ain, J.—Maintenance.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ IDA C. WIELAND, Appellant, v FREDERICK E. WIELAND, Respondent. (Appeal No. 2.) [616 NYS2d 324] —Order unanimously affirmed without costs. Same Memorandum as in *Wieland v Wieland* (206 AD2d 973 [decided herewith]). (Appeal from Order of Supreme Court, Nassau County, Ain, J.—Pension Benefits.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ In the Matter of SUSANNE M. CHERNEY, Appellant, v BOARD OF EDUCATION OF HICKSVILLE UNION FREE SCHOOL DISTRICT, Respondent. [616 NYS2d 287] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Saladino, J. (Appeal from Judgment of Supreme Court, Nassau County, Saladino, J.—Article 78.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ BEN TENENBAUM et al., Respondents, v LONG BEACH MEMORIAL HOSPITAL et al., Appellants. [616 NYS2d 287] —Order unanimously reversed on the law without costs, cross motion denied, motions granted and complaint dismissed. Memorandum: Supreme Court improvidently exercised its discretion in